**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| AKANINYENE EFIONG AKAN, | : | No. 64 WM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS | : | |
| ALLEGHENY COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2017, the Application for Leave to File Original Process is GRANTED, and the Application for Writ of Mandamus and/or Extraordinary Jurisdiction and the Supplement to Petition are DENIED.